UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 12-CV-60507-Williams/Seltzer

JARED FINK

    Plaintiff

v.

FRANKLIN COLLECTION SERVICE INC.

    Defendant
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

## CERTIFICATION

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been filed through the CM/ECF electronic filing system and that a true and correct copy has been mailed via U.S. Mail to H. Richmond Culp III Mitchell, McNutt & Sams P.A., 105 S. Front Street Tupelo Mississippi 38802 on this 23rd day of April 2012.

Respectfully Submitted by:

Jason Weaver Esq
FBN 0392596
Jason Weaver P.A.
3531 Griffin Rd.
Ft. Lauderdale, FL 33312
(954) 987-0515/ (954) 964-3764 (fax)
jason@jasonweaverpa.com
www.jasonweaverpa.com